PER CURIAM.
Affirmed. See Cortina v. Cortina, 98 So.2d 334 (Fla.1957); Gordon v. Gordon, 59 So.2d 40 (Fla.), cert. denied, 344 U.S. 878, 73 S.Ct. 165, 97 L.Ed. 680 (1952); Contella v. Contella, 589 So.2d 325 (Fla. 5th DCA 1991); Kalbach v. Dept. of Health & Rehabilitative Serv., 563 So.2d 809 (Fla. 2d DCA 1990); Johnson v. Johnson, 546 So.2d 97 (Fla. 4th DCA 1989); Joannou v. Gorsini, 543 So.2d 308 (Fla. 4th DCA 1989); Torres v. Torres, 516 So.2d 11, 12 (Fla. 5th DCA 1987); Broida v. Smith, 494 So.2d 240 (Fla. 3d DCA), review denied, 501 So.2d 1281 (Fla.1986); Eaton v. Eaton, 238 So.2d 166, 168 (Fla. 4th DCA 1970); Friedman v. Friedman, 224 So.2d 424, 427 (Fla. 3d DCA 1969).